IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CORLISS, | : | |
| Petitioner, | : | 1:16-cv-0273 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| GARY HAIDLE, WARDEN, PA | : | |
| STATE ATTORNEY GENERAL, | : | |
| Respondents. | : | |

## ORDER

**April 20, 2016**

**NOW, THEREFORE**, in accordance with the court's Memorandum of the

same date, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED.  *See*
R. Governing § 2254 Cases R. 4.

2.    The Clerk of Court is directed to NOTIFY the petitioner and CLOSE
this case.

s/ John E. Jones III
John E. Jones III
United States District Judge